**Nos. 26-6738, 26-6740, 26-6754, 26-6760**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

UNITED STATES OF AMERICA,

Plaintiff-Respondent,

v.

STATE OF CALIFORNIA, et al.,

Defendants-Petitioners,

ASSOCIATION OF CALIFORNIA EGG FARMERS,

Intervenor-Defendant-Petitioner,

HUMANE WORLD FOR ANIMALS, et al.,

Intervenor-Defendants-Petitioners,

ANIMAL WELLNESS ACTION, et al.,

Intervenor-Defendants-Petitioners.

---

# RESPONSE TO PETITIONS FOR PERMISSION TO APPEAL UNDER 28 U.S.C. § 1292(b)

---

BRETT A. SHUMATE
*Assistant Attorney General*

BILAL A. ESSAYLI
*First Assistant United States Attorney*

DANIEL TENNY
ADAM C. JED
*Attorneys, Appellate Staff*
*Civil Division, Room 7243*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-8280*

These petitions for permission to appeal under 28 U.S.C. § 1292(b) arise from a lawsuit brought by the United States against California. A number of organizations intervened as defendants. The district court denied the various defendants' motion to dismiss on standing grounds. But the court sua sponte certified that order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and stayed the case until the conclusion of any appeal. The defendant and various intervenor-defendants timely filed four petitions for permission to appeal (Nos. 26-6738, 26-6740, 26-6754, 26-6760). The United States takes no position on those petitions other than to note that any appeal should be expedited as discussed below.

The various parties have conferred about further proceedings if the Court should grant those petitions. The United States (plaintiff-respondent), respectfully requests that if the Court grants the petitions, the Court also expedite the interlocutory appeal in order to facilitate the timely resolution of the case, which is now stayed, and that the Court enter the following schedule:

- Opening brief due 45 days after the Court grants the petitions
- Responsive brief due 45 days later
- Reply brief due 21 days later
- Oral argument to be scheduled at the Court's earliest convenience following the competition of briefing

California, et al. (defendants-petitioners, No. 26-6738); the Association of California Egg Farmers (intervenor-defendant-petitioner, No. 26-6754), and Animal Wellness Action, et al. (intervenor-defendants-petitioners, No. 26-6760) join this scheduling request. Humane World for Animals, et al. (intervenor-defendants-petitioners, No. 26-6740) take no position on this joint scheduling request.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

BILAL A. ESSAYLI
*First Assistant United States Attorney*

DANIEL TENNY
*/s/ Adam Jed*
ADAM C. JED
*Attorneys, Appellate Staff*
*Civil Division, Room 7243*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-8280*

OCTOBER 2026

# CERTIFICATE OF COMPLIANCE

This brief complies with the length limit of Circuit Rule 5-2(b). This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

*/s/ Adam Jed*
ADAM C. JED